# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03201-MSK-NYW

DRED DAWSON-PHILLIPS,

Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH,
ROGER WERHOLTZ,
TONY CAROCHI,
TOM CLEMENTS,
ARISTEDES ZAVARIS,
JOE ORTIZ, and
JOHN SUTHERS,

Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Magistrate Judge Nina Y. Wang

This civil action comes before the court *sua sponte* pursuant to the court's prior February 3, 2015 Order [#29] to show cause before March 2, 2015, why the Plaintiff Dred Dawson-Phillips' ("Plaintiff") Complaint [#1] should not be dismissed for failure to keep the court informed of his current address in violation of D.C.COLO.LCivR 11.1(d), and for failure to prosecute pursuant to D.C.COLO.LCivR 41.1 (the "Show Cause Order"). As of March 25, 2015, Plaintiff has not respond to the court's Show Cause Order; moreover, review of the case docket shows that Plaintiff continued to fail to inform the court informed of his present address well after issuance of the Show Cause Order. *See* [#34, entered March 2, 2015, indicating continued return of mailings by the court to the only address on record in this action].

Accordingly, the court RECOMMENDS that this case be dismissed due to Plaintiff's continued failure to keep the court informed of his current address in violation of D.C.COLO.LCivR 11.1(d), and Plaintiff's failure to prosecute pursuant to D.C.COLO.LCivR 41.1.

DATED: March 25, 2015                         BY THE COURT:

                                              s/ Nina Y. Wang
                                              United States Magistrate Judge